STATE of Missouri, Respondent,

v.

Luis Fernando MORALES-HERNANDEZ, Appellant.

WD 78502

Missouri Court of Appeals, Western District.

Filed: September 12, 2017

S. Kate Webber, Kansas City for appellant.

Richard A. Starnes, Jefferson City for respondent.

Before Division Two: Cynthia L. Martin, P.J., and Lisa White Hardwick and Alok Ahuja, JJ.

## ORDER

PER CURIAM:

Appellant Luis Morales-Hernandez was convicted of voluntary manslaughter and armed criminal action following a jury trial in the Circuit Court of Clay County. Morales appeals, arguing that the circuit court abused its discretion by improperly admitting testimony concerning threats Morales made to another person two weeks before the murder. We affirm. Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 30.25(b).